# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK,
                 Appellant,
         vs.
DUKE RENSLOW; AND TINA
RENSLOW,
                 Respondents.

No. 72632

**FILED**

AUG 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Patrick Flanagan, District Judge
        Jill I. Greiner, Settlement Judge
        Snell & Wilmer LLP/Salt Lake City
        Snell & Wilmer, LLP/Tucson
        Snell & Wilmer, LLP/Las Vegas
        Michael C. Lehners
        Washoe District Court Clerk

18-32205